1 Glenn Zuckerman
2 **WEITZ & LUXENBERG, PC**
700 Broadway
3 New York, New York 10003
Telephone: 212-558-5000
4 Facsimile: 212-344-5461
Attorneys for Plaintiffs
5

6

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| 12 This Document Relates to: | |
| 13 *Dean Fowler v. Pfizer Inc, et al.* (07-3286 CRB) | **MDL NO. 1699** District Judge: Charles R. Breyer |
| 14 | |
| 15 *Orlando Archunde v. Pfizer Inc, et al.* (07-3337 CRB) | |
| 16 *Carroll Stith, et al. v. Pfizer Inc, et al.* (07-3338 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | |
| 18 *Jessie Johnston v. Pfizer Inc, et al.* (07-3548 CRB) | |
| 19 *Verna Weese, et al. v. Pfizer Inc, et al.* (07-3910 CRB) | |
| 20 | |
| 21 *Renee Klepps, et al. v. Pfizer Inc, et al.* (07-4153 CRB) | |
| 22 *Karen James v. Pfizer Inc, et al.* (07-4740 CRB) | |
| 23 | |
| 24 *Patricia D. Smith, et al. v. Pfizer Inc, et al.* (07-4741 CRB) | |
| 25 *Emma-Ling Francis v. Pfizer Inc, et al.* (07-4742 CRB) | |
| 26 | |
| 27 *Homer Swift, et al. v. Pfizer Inc, et al.* (07-4743 CRB) | |
| 28 *Louise Kreft, et al. v. Pfizer Inc, et al.* | |

-1-

| | |
|---|---|
| 1 | (07-4744 CRB) )
| | )
| 2 | *Joseph Fernald v. Pfizer Inc, et al.* )
| | (07-4745 CRB) )
| 3 | )
| | *Scott Cruver v. Pfizer Inc, et al.* )
| 4 | (07-5000 CRB) )
| | )
| 5 | *Nancy Cattanach v. Pfizer Inc, et al.* )
| | (07-5001 CRB) )
| 6 | )
| | *Sarah Fredricks, et al. v. Pfizer Inc, et al.* )
| 7 | (07-5002 CRB) )
| | )
| 8 | *Georgia McNeal v. Pfizer Inc, et al.* )
| | (08-4024 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009   By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2585061.1

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court